TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00257-CR







Charles Myles, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NO. 1010906, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted in part. Appellant's
counsel, Mr. John S. Butler, is ordered to tender a brief in this cause no later than December 11,
2002. No further extension of time will be granted.

It is ordered October 29, 2002. 


Before Chief Justice Aboussie, Justices Patterson and Puryear

Do Not Publish